UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY SHEWCHUK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | 5:24-CV-162-BO-BM |
| *DOL/EEOC/DOJ,* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**Decision by Court.**
This cause comes before the Court on the memorandum and recommendation of United States Magistrate Judge Brian S. Meyers. [DE 5]. Plaintiff has filed a response, [DE 6], and the matter is ripe for disposition.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's objection to the memorandum and recommendation [DE 6] is OVERRULED. The memorandum and recommendation is ADOPTED in its entirety. The complaint is hereby DISMISSED.

This case is closed.

**This judgment filed and entered on April 7, 2025, and served on:**
Kimberly Shewchuk (via CM/ECF Notice of Electronic Filing)


PETER A. MOORE, JR., CLERK
April 7, 2025

 /s/ Lindsay Stouch
By: Deputy Clerk